IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALVIN LINTON,

       Petitioner,

v.                                                      4:05cv319-WS

SHERIFF LARRY CAMPBELL,

       Respondent.

_____

ORDER SUMMARILY DISMISSING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS

       Before the court is the magistrate judge's amended report and recommendation docketed December 8, 2005.  See Doc. 7.  The magistrate judge recommends that this cause be summarily dismissed.  The petitioner has filed no objections to the report and recommendation.

       Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

       Accordingly, it is ORDERED:

       1.  The magistrate judge's report and recommendation (doc. 7) is hereby ADOPTED and incorporated by reference into this order.

2.  Petitioner's petition for writ of habeas corpus (doc. 1) and this cause are hereby summarily DISMISSED.

3.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this January 11, 2006.

    /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE

Case No. 4:05cv319-WS